# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James K. King,<br><br>                Plaintiff,<br><br>v.<br><br>Transtyle Incorporated, et. al.,<br><br>                Defendants. | No. CV 17-3281-PHX-DGC<br><br>**ORDER** |

United States Magistrate Judge Michelle H. Burns has issued a report and recommendation ("R&R") recommending that the Afsharimehr Defendants, jointly and severally with their attorney, be ordered to pay the fees and costs associated with Plaintiff and Defendants Saba's Limo Inc. and Sabah S. Alnassary's attendance at the February 26, 2018 settlement conference.

The Afsharimehr Defendants have not responded to the R&R and the time to do so has passed.

**IT IS ORDERED:**

1. The R&R (Doc. 58) is **accepted**.
2. The Afsharimehr Defendants, jointly and severally with their attorney, shall pay the fees and costs associated with Plaintiff and Defendants Saba's Limo Inc. and Sabah S. Alnassary's attendance at the February 26, 2018 settlement conference
3. Plaintiff and Defendants Saba's Limo Inc. and Sabah S. Alnassary shall

submit a statement of attorneys' fees and costs to the Court on or before **June 15, 2018**.

Dated this 1st day of June, 2018.

_____
David G. Campbell
United States District Judge